# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No. CV11-5115RGK (PLAx)<br><br>[PROPOSED] JUDGMENT<br><br>RE: DEFENDANT DONALD ELDRIDGE'S MOTION FOR SUMMARY JUDGMENT |

On May 16, 2012, Defendant DONALD ELDRIDGE filed his Motion for Summary Judgment before the Honorable R. Gary Klausner, who took the motion under submission. The following appearances were made by the parties: on behalf of the Plaintiff, Attorney Ellen Ellison, on behalf of Defendant Donald Eldridge, Deputy City Attorney Michael R. Amerian, and on behalf of Defendants County of Los Angeles and Deputies Oviedo and Gazeley, Laura Inlow. After considering the moving, opposing, and reply papers, the Court granted the Motion for Summary Judgment in favor of Defendant DONALD ELDRIDGE.

\\\\

\\\\

\\\\

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in favor of Defendant DONALD ELDRIDGE and against Plaintiff FRANCISCO LOPEZ. As the Defendant is the prevailing party, he shall be entitled to recover his costs reasonably incurred in defense of this action as allowed by the Federal Rules of Civil Procedure and Local Rules.

IT IS SO ORDERED:

DATED: 08.24.2012

Honorable R. Gary Klausner
United States District Court Judge