UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCISCO LOPEZ,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No. CV 11-05115 RGK (PLAx)<br><br>[PROPOSED] JUDGMENT RE COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

On May 16, 2012, Defendants the COUNTY OF LOS ANGELES, DEPUTY GRANT GAZELEY and DEPUTY RANDY OVIEDO filed their Motion for Summary Judgment before the Honorable R. Gary Klausner, who took the motion under submission. All parties made appearances regarding the motion as follows: Ellen Hammill Ellison, Esq., on behalf of plaintiff; Michael R. Amerian, Esq., on behalf of defendant Donald Eldridge; and Laura E. Inlow, Esq., on behalf of defendants the County of Los Angeles, Grant Gazeley and Randy Oviedo. After full consideration of the papers filed in support of and in opposition to the motion, the Court finds that there are no genuine issues of material fact with

-1-

regard to the issues raised in the County Defendants' Motion and, therefore, grants the Motion for Summary Judgment in favor of defendants the COUNTY OF LOS ANGELES, GRANT GAZELEY, and RANDY OVIEDO.

Therefore, for the reasons set forth by this Court in its Order of July 10, 2012 granting the Motion, judgment is hereby entered in favor of defendants the COUNTY OF LOS ANGELES, GRANT GAZELEY, and RANDY OVIEDO. As these defendants are the prevailing parties, they shall be entitled to recover their costs reasonably incurred in defense of this action as allowed by the Federal Rules of Civil Procedure, Local Rules and 42 U.S.C. §§ 1883 and 1988.

IT IS SO ORDERED.

DATED: 08.24.2012

Honorable R. Gary Klausner
United States District Court Judge

-2-
[PROPOSED] JUDGMENT RE COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT